UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

RICHARD A. MYERS,

        Plaintiff,        Case No. 1:10-cv-232

v.        Honorable Paul L. Maloney

STATE OF MICHIGAN,

        Defendant.

_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. § 1915A(b).


Dated: April 14, 2010        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge